TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Arizona Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Burggraf*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf, | Case No.: CV-16-00378-PHX-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation, Equifax Information Services, LLC a Georgia corporation, and Bank of America, N.A., a national banking association, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement.

1

1  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant
2  
3  Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within
4  60 days.
5     RESPECTFULLY SUBMITTED this 25th day of March, 2016.
6  
7                                KENT LAW OFFICES
8  
9  
10                           By: ___/s/  Trinette G. Kent___
                                Trinette G. Kent
11                              Attorneys for Plaintiff,
                                Michael Burggraf
12

Case 2:16-cv-00378-SRB   Document 19   Filed 03/25/16   Page 3 of 3