TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Arizona Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Burggraf*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf, | Case No.: CV-16-00378-PHX-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation, Equifax Information Services, LLC a Georgia corporation, and Bank of America, N.A., a national banking association, | |
| Defendants. | |

1

1  Plaintiff, through counsel undersigned, hereby dismisses the within action against Defendant Equifax Information Services, LLC, only with prejudice and without costs to either party.

KENT LAW OFFICES

DATED: March 28, 2016

By: __/s/   Trinette G. Kent__
Trinette G. Kent
Attorneys for Plaintiff,
Michael Burggraf