BRYAN CAVE LLP, #145700
Robert W. Shely (No. 014261)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:   (602) 364-7000
Facsimile:    (602) 364-7070
E-Mail:   rwshely@bryancave.com
             teresa.meece@bryancave.com

*Attorneys for Defendant Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf, | No. 2:16-cv-00378-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Experian Information Solutions, Inc., an Ohio corporation, Equifax Information Services, LLC a Georgia corporation, and Bank of America, N.A., a national banking association, | (Hon. Susan R. Bolton) |
| Defendants. | |

Pursuant to LR Civ. 40.2(d), Defendant Bank of America, N.A. and Plaintiff Michael Burggraf ("Plaintiff") by and through undersigned counsel, give notice to the Court that the parties have reached a settlement as to all issues and claims by and between the parties in the above-referenced matter.  The parties request that this Court allow the parties sixty days to finalize their settlement and to file a Joint Stipulation for Dismissal with Prejudice.

//

//

//

//

//

802765.1

DATED this 6th day of July, 2016.

                BRYAN CAVE LLP

                By: s/ Teresa P. Meece
                    Robert W. Shely
                    Teresa P. Meece
                    Two North Central Avenue, Suite 2200
                    Phoenix, Arizona 85004-4406
                    *Attorneys for Defendant Bank of America, N.A.*

                KENT LAW OFFICES

                By: s/Trinette G. Kent     (with permission)
                    Trinette G. Kent
                    Kent Law Offices
                    10645 North Tatum Blvd., Suite 200-192
                    Phoenix, AZ 85028
                    *Attorney for Plaintiff*

**ORIGINAL** of the foregoing e-filed on this 6th day of July, 2016.

**COPY** of the foregoing mailed on the 7th day of July, 2016, to:

Trinette G. Kent
Kent Law Offices
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
*Attorneys for Plaintiff, Michael Burggraf*

 s/ Donna McGinnis

2