BRYAN CAVE LLP, #00145700
Robert W. Shely, No. 014261
Teresa P. Meece, 032071
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
teresa.meece@bryancave.com

*Attorneys for Defendant Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf,<br><br>        Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc., an Ohio corporation, Equifax Information Services, LLC a Georgia corporation, and<br>Bank of America, N.A., a national banking association,<br>        Defendants. | No. 2:16-cv-00378-SRB<br><br>**STIPULATION FOR DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE**<br><br>(Hon. Susan R. Bolton) |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michael Burggraf ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") hereby stipulate to dismiss the complaint in its entirety, with prejudice, against Defendant, each party to bear its own costs and attorneys' fees.  This stipulation is accompanied by a proposed form of order.

//

//

//

//

802505.1\0395879

1  DATED this 6th day of October, 2016.

2                                          BRYAN CAVE LLP

3  By: s/ Teresa P. Meece
4     Robert W. Shely
   Teresa P. Meece
5     Two N. Central Avenue, Suite 2200
   Phoenix, AZ  85004-4406
6     *Attorneys for Defendant Bank of America,*
7     *N.A.*

8

9  KENT LAW OFFICES

10  By: s/ Trinette G. Kent  (with permission)
   Trinette G. Kent
11     10645 N. Tatum Blvd., Suite 200-192
   Phoenix, AZ  85028
12

13     Of Counsel to:
   Carl Schwartz
14     Michigan Consumer Credit Lawyers
   22142 West Nine Mile Road
15     Southfield, MI 48033
16     *Attorneys for Plaintiff*

17

18  WILLIAMS WILLIAMS RATTNER &
   PLUNKETT PC
19

20  By: s/ Tamara E. Fraser   (with permission)
   Tamara E. Fraser
21     380 N Old Woodward Ave., Ste. 300
   Birmingham, MI 48009
22     *Attorneys for Defendant Experian*

802505.1\0395879

# CERTIFICATE OF SERVICE

I hereby certify that on October 6th, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

Trinette G. Kent
Kent Law Offices
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028

Of Counsel to:
Carl Schwartz
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
*Attorneys for Plaintiff*

Jonathan A. Dessuales
Dessuales Law Group
5353 North 16th Street, Suite 110
Phoenix, AZ 85016

AND

Tamara E. Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009
*Attorneys for Defendant Experian*

s/ Donna McGinnis

802505.1\0395879