# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf,<br><br>                Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>                Defendants. | No. CV-16-00378-PHX-SRB<br><br>**ORDER** |

The Court, having considered the parties' Stipulation for Dismissal of Bank of America, N.A. with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing Plaintiff's Complaint in its entirety, with prejudice, against Defendant Bank of America, N.A., each party to bear its own costs and attorneys' fees.

Dated this 7th day of October, 2016.

_____
Susan R. Bolton
United States District Judge