Tamara E. Fraser (MI State Bar No. P51997)
WILLIAMS, WILLIAMS, RATTNER &
 PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan  48009
Telephone:  248-642-0333
Fax:  248-642-0856
tefraser@wwrplaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf, | **Case No. 2:16-cv-00378-SRB** |
| Plaintiff, | STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE |
| vs. | |
| Experian Information Solutions, Inc., Equifax Information Services, LLC and Bank of America, N.A., | |
| Defendants. | |

Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that Defendant Experian be dismissed with prejudice from the above-captioned action, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED:  October 19, 2016

|  |  |
|---|---|
| /s/ Trinette G. Kent (by consent)<br>TRINETTE G. KENT<br>KENT LAW OFFICES<br>10645 North Tatum Boulevard<br>Suite 200-192<br>Phoenix, Arizona  85028<br>*Attorney for Plaintiff* | /s/ Tamara E. Fraser<br>TAMARA E. FRASER<br>WILLIAMS, WILLIAMS,<br>RATTNER & PLUNKETT, P.C.<br>380 N. Old Woodward Avenue<br>Suite 300<br>Birmingham, Michigan  48009<br>*Attorney for Defendant Experian* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Trinette G. Kent, Esq.<br>tkent@kentlawpc.com | Carl Schwartz, Esq.<br>carl@micreditlawyer.com |
| Jonathan Adam Dessaules, Esq.<br>jdessaules@dessauleslaw.com | Teresa Pauline Meece, Esq.<br>teresa.meece@bryancave.com |
| Robert W. Shely, Esq.<br>rwshely@bryancave.com | Shayna Fernandez Watts, Esq.<br>shayna.watts@bryancave.com |

/s/ Stephanie L. Nelem
Stephanie L. Nelem