IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Burggraf,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC and Bank of America, N.A.,<br><br>　　　　Defendants. | **Case No. 2:16-cv-00378-SRB**<br><br>**ORDER** |

　　　Pursuant to the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice,

　　　IT IS HEREBY ORDERED that Defendant Experian be dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

　　　Dated this 19th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　United States District Judge